LOUISE R. SOLON, Suing on Behalf of Herself and All Other Stockholders of HAYKEL INDUSTRIES, INC., Similarly Situated, Appellant, v. HAYKEL INDUS-

TRIES, INC., et al., Defendants, and LEO A. WEISS et al., Respondents. Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ. Motion granted and order entered June 29, 1967, and opinion [28 A D 2d 80] therein, amended. Application for fixing attorneys' fees and for other relief referred to Supreme Court, Monroe County, MACKEN, J.